UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAY - 2 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

AMARIN PHARMA, INC. and AMARIN : 
PHARMACEUTICALS IRELAND :
LIMITED :
 :
      Plaintiffs, :
 : CIVIL ACTION NO. 3:14-cv-02551(MLC)(DEA)
      v. :
 :
ROXANE LABORATORIES, INC. :
 :
      Defendant. :
 :
 :

### STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED that, for purposes of this action only, Roxane Laboratories, Inc. does not and will not dispute that this Court has jurisdiction over it;

IT IS FURTHER STIPULATED AND AGREED that the time by which defendant Roxane Laboratories, Inc. must move, answer or otherwise respond to the Complaint is extended through and including June 19, 2014.

Dated: May 2, 2014

Respectfully submitted,

By: /s/ *Theodora McCormick*

Theodora McCormick, Esq.
Amy M. Handler, Esq.
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: 1-973-643-7000
E-mail: tmccormick@sillscummis.com
ahandler@sillscummis.com

Alan B. Clement
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Telephone: 1-212-415-8600

Myoka Kim Goodin
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
Telephone: 1-312-443-0700

*Attorneys for Defendant*

By: /s/ *Leda Dunn Wettre*

Leda Dunn Wettre, Esq.
ROBINSON WETTRE & MILLER LLC
One Newark Center
Newark, NJ 07102
Telephone: 1-973-690-5400
E-mail: lwettre@rwmlegal.com

Christopher N. Sipes
Einar Stole
Michael N. Kennedy
Megan P. Keane
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 1-202-662-6000

*Attorneys for Plaintiffs*

SO ORDERED this 2 day of May, 2014.

_____
Douglas E. Arpert, U.S.M.J.